# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

*Rashad C. Lee*

Name under which you were convicted

*213823*

Your prison number

vs.

CIVIL ACTION NO. *16-CV-625-CG-B*
(To be supplied by Clerk of Court)

*Kenneth Peterson et al*

Name of Defendant(s)

*Fountain Correctional Facility 3800 Fountain Atmore Al 36503*

Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
Yes ( )      No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
Yes (X)      No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _Rashad Lee_

Defendants: _Warden Dewayne Estes et al._

2. Court (if federal court, name the district; if state court, name the county): 
_Northern District of Alabama_

3. Docket Number: _5:13-CV-01365-JHE_

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )   No (X)

5. Name of judge to whom the case was assigned _John English_

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.
_Still Pending as of now_

7. Approximate date of filing lawsuit: _6/2013_

3

8. Approximate date of ruling by court: *Still Pending*

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: *Fountain Correctional*

B. Date it occurred: *October 27, 2016*

C. Is there a prisoner grievance procedure in this institution? *No*

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )   No (X)

E. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

F. If your answer is NO, explain why not: *No Grievance System in ADOC*

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

*My Life is in imminent Danger!!!! Please Help Me. "Imminent Danger" is my claim!*

*(See Attached Sheets!)*

4

III. **PARTIES**.

A. <u>Plaintiff</u> (Your name/AIS): Rashad Lee

   Your present address: FCC 3800 Fountain Atmore Ala 36503

B. <u>Defendant(s)</u>:

1. Defendant (full name) WARDEN Kenneth Peterson is employed as Warden at Fountain

   His/her present address is 3800 Fountain Atmore Ala 36523.

   (a) Claim against this defendant: IMMINENT DANGER OF MY LIFE CRUEL AND UNUSUAL PUNISHMENT

   (b) Supporting facts (Include date/location of incident): See Attached

2. Defendant (full name) Kevin Bishop is employed as Captain at Fountain Correctional.

   His/her present address is 3800 Fountain Atmore Al 36503

   (a) Claim against this defendant: Imminent Danger !!!!

   (b) Supporting facts (Include date/location of incident): (See Attached)

3. Defendant (full name) Captain Knight is employed as Captain at Fountain Correctional

5

His/her present address is _300 Fountain Atmore Ala._.

(a) Claim against this defendant: _Imminent Danger if my life_

(b) Supporting facts (Include date/location of incident): _See Attached_

_____

_____

C. _Additional Defendants:_ (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Murder_

_____

2. When were you convicted? _Nov. 2, 2000_

3. What is the term of your sentence? _Life_

4. When did you start serving this sentence? _Nov. 2, 2000_

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )     No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|            | Conviction      | Sentence        |
|------------|-----------------|-----------------|
| Reversed   | yes( ) no( )    | yes( ) no( )    |
| Expunged   | yes( ) no( )    | yes( ) no( )    |

6

|  | Invalidated | yes( ) no( ) | yes( ) no( ) |
| --- | --- | --- | --- |
|  | Writ of habeas corpus granted | yes( ) no( ) | yes( ) no( ) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): ORDER THE WARDEN TO IMMEDIATELY TRANSFER LEE FROM THIS FACILITY AND PLACE THE TWO INMATES LEE IDENTIFIED ON HIS ENEMY LIST AND TO TAKE FURTHER MEASURES TO ENSURE OTHER INMATES DON'T HAVE TO GO THROUGH WHAT MY FAMILY & I HAVE GONE THROUGH BY PLACING ENOUGH OFFICERS IN THE DORMS TO ENSURE INMATES SAFETY

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-16-16
Date

Rashad Lee 213823
(Signature of Plaintiff Under Penalty of Perjury)

FCC 3800 Fountain
Current Mailing Address

Atmore Alabama 36503

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

On December 12th, 2015 I arrived at this facility after being transferred from another facility after being Robbed, beat, and a knife held to my throat by three younger inmates which took all of my prison property. I was here two weeks and I saw (2) of the same three inmates that had Robbed and beat me at the previous facility. I immediately went to my classification worker told her, and was brushed off saying aint no way that DOC dont make mistakes like that. Several weeks passed I was trying to find out how these guys got to be placed in the same facility as I and I wrote the Warden told her that I was thinking about killing myself to make her place me in suicide watch to get away from these guys, and was released back into population two weeks later to find that one of them had left. The other one and I was housed in the same unit where we both watched eachother without sleeping in night time for about (8) weeks until eventually he Robbed someone here was placed in Segregation and eventually placed on transfer because the guy he Robbed would not sign a inmate compatibility form with him stating that he could live with him in general population. Then on October 27, 2016 after repeatedly asking to be transferred to another facility whereas I had the one year clear record required, I was awakened by a group of guys stabbing me, beating me

After I'd been stretched off the top bed to the floor, being stumped, kicked, I fought with the guys trying to get away but because I wear glasses, and it was pitch black dark in the dorm at 3:00 Am I couldn't find my way. The guys kept beating me after I'd been stabbed in the face, mouth, forehead, top of the head, side, back, arm and several other places until I got away running through the dorm screaming Somebody get the officer they trying to kill me. The guys chased me around the dorm for about 10 minutes before I began to lose conciousness from loss of blood. Someone finally got the officer's attention as he was in the T.V. Room playing dominoes the same spot I'd left him at at 10 pm when I'd gone to bed. Once he came out and saw how bloody I was and I was running from the guy with the knife he then ran out of the dorm, slammed and locked the security gate closed behind him, and then he called for assistance which took about two minutes to arrive. Afterward I was transported by Ambulance to the Atmore Community Hospital. Upon Arrival back at the Facility where I was placed in Segregation with no clothes for three days

LEGAL
2/4

No shoes on. I then repeatidly had my wife mom, church to call repeatidly asking to speak to Warden Peterson, Captain Knight, Captain Bishop concerning my clothes and safety but no one would return theis call. After about 5) weeks of asking to be transfered to another facility because of fear, anxioty, and threats I'd recieved from two of the inmates I'd been able to I.D. saying they'd been denied parole because I "Ratted" them out for stalking on me. I reported this to this to the Warden, both Captains and my classification Worker. I upon being released from segregation, after asking not to be attempted to see my classification Worker and was told "she" would not see and or discuss with me anything about "my situation". I then after leaving her office tried to speak to Captain Knight about the threatening "notes". I got the first two nights out of Seg back in the same unit as I Ho I stalked in but he didnt want to talk to me but instead told me "I should be dead, go on back and let the guys finish what the first group of guys didnt"!!! (See Affidavit of Rashad Lee) I then attempted to speak to Captain Bishop about the same to which he replied "fuck me I'm a prison lawyer file on us like you **LEGAL**

3/4

did, from the start of when we complained to give him A Court Order signed 12/6/16, by Bullock County Circuit Judge that Ordered DOC to Move me to Ventress for A Dual Diagnosis Program, and he then said get the fuck out of his office before he have me placed back in segregation with one of the guys that should of completed their mission in October but didn't, then told me I aint got a right to be shit but black dead & stinky, get a knife or A war daddy. I am walking around with knives and I am afraid to remain in this facility.

**LEGAL**
4/4

STATE OF ALABAMA            )

COUNTY OF _____ )

### AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared Rashad Lee
B/m 213823 _____, who being known to me, and after first being duly sworn
deposes and says as follows:

My name is Rashad Lee _____, and I am 41 years of age and competent
to testify to the following facts which are based upon my personal knowledge:

On Dec 14, 2016 I did attempt to stop and speak to Captain Knight concerning my safety and protection here at the Fountain Correctional Facility after the Administration removed me from the segregation unit, and placed me back in G Dorm, the very same dorm I got stabbed 8 times and robbed in on October 27, 2016, to which I could only ID (2) of the many assailants that attacked me. I tried to tell Captain Knight that I'd received threats in the segregation unit, and that I shouldn't be in that Dorm. He then stated you're right you should be dead now go on back down the hall and let the rest of them guys finish what the first group didn't. I told him oh it's like that, and he then replied yeah it's like that because that's the way you made it refering to 2011, when he was a lieutenant and I was housed here he says I was the cause of him and his fellow officers being subjected to an I&I investigation that he says caused him to not earn the promotion of his current position of captain earlier than he did after I was transfered to another facility until my arrival back in Dec of 2015. I then went to see the other Captain Bishop and tried to tell him that I feared for my safety being in this facility and especially the same dorm. I then asked him was it any way he could get me moved out of the dorm to another unit and he told me fuck me I'm a lawyer jail in this facility like I did linsert one, I attempted to give him a copy of a court order that I'd received (4) ways prior ordering ADOC to move me to Ventress Correctional facility for mandatory court ordered treatment but he told me to get the fuck out of his office before he have me placed

_____
Signature of Affiant

Page _____ of _____

back into seg in one of the cells with one of the guys that I should of completed this mission in October but I didn't. I stated I just want to be safe because I have a right to be safe. Non whatever. He stated I ain't got a right to be shit but black, dead & stinky, now get the fuck out of his office go get a war hidden or a knife So, if I left and came back to my dorm where I've been recieving Threats by Letters being left on my bed saying if I ratted on the guys that stabbed me and that they just will be finished if I don't make the "jails" get me out of this facility.

Sworn to me under the penalty of perjury under USC 1746, whereas both the Captains Refused me Notary when Requested

_____          _____
Name of Affiant (print clearly)            Affiant's Signature
Rashad Lee                                 Rashad Lee

Subscribed, sworn to and acknowledged before me by _____,
this _____ day of _____, _____.

_____
Notary Public
My Commission Expires:

In the County of Escambia
State of Alabama

## Sworn Affidavit of Glen Davis

Before me, the undersigned authority appeared Glen Davis, AIS# 136749, who deposes as follows under the penalty of perjury.

My name is Glen Davis, I am over the age of (21) years of Age and of Sound mind and body and able to execute this affidavit.

I am alleging that on October 27, 2016, on or about three o'clock Am I personally observed inmates Bobby White Blm, and Randy Pritchard w/m go over to inmate Rashad Lee bed and snatch him off his top bed and began to stab him repeatedly in the face, back, side, head and asked him wheres the key to open the box, we want your shit. Inmate Lee was fighting hollering for help as he ran past my bed, bloody and staggering, looking for the officer that was in the dorm. The officer (S. Boykins) was in the TV Room playing dominoes for the whole night and did not hear Lee cries for help. The officer had been in there the whole night playing dominoes, and had not once come out of the TV Room to do A security check. Lee continued to run screaming for the officer and the white inmate Ran up on Lee again and begin to stab him again until Lee got away from him on the opposite side of the bed. After About 10 minutes of running and bleeding, and fighting Lee went to the bathroom, came back out screaming and someone in the TV Room must have told the officer that a fight was going on in the Dorm and he came out. Once he saw Lee running, screaming help me, the officer took off out the dorm, slammed the gate closed and hit the code. About 2 minutes later 4-6 officers came to the officer Assistance call. They waited looking into the dorm before they came into the dorm. Once they came and unlocked the gate Lee began to Run to the gate but almost passed out from loss of blood. They then cuffed Lee, and carried Lee to the infirmary.

Furthermore Affiant Sayeth not.

x Glen Davis # 136749
Affidavit Affiant

_____
Notary Public

July 8 2019
My Commission Expires

LEGAL

STATE OF ALABAMA                )

COUNTY OF _____       )

<u>AFFIDAVIT</u>

    Before me, the undersigned Notary Public, personally appeared  _Cleo_

_Southall_____, who being known to me, and after first being duly sworn deposes and says as follows:

    My name is _Cleo Southall_____, and I am _26_ years of age and competent to testify to the following facts which are based upon my personal knowledge:

On October 27, 2016 on or about three o'clock AM I personally observed inmates Bobby White B/m and Randy Pritchard w/m go over to inmate Rashad Lee bed and snatch him off told him to open his box he ran while both inmate Bobby White B/m and Randy Pritchard w/m chased him stabbing him I seen him run pass me bloody he was looking for / the dorm officer (S. Boykins) was in the TV room playing dominoes. Lee continued to run screaming for the officer to help he did not come out the TV room tell Lee came out the bath room bleeding then he call the code

I swear under the penalty of perjury the above statement is true correct to the best of my knowledge base on what I saw

280542

_Cleo Southall_____
Signature of Affiant

Page _____ of _____

Page _____ of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Name of Affiant (print clearly)          Affiant's Signature


        Subscribed, sworn to and acknowledged before me by _____,
this _____ day of _____, _____.


                                      _____
                                      Notary Public
                                      My Commission Expires:

Cleo Soulhall. 26 1283
FCC                    J- 76 A
3800 FOUNTAIN
ATMORE AL 36503

MR. CHARLES R. DIARD JR
US COURTHOUSE
113 St JOSEPH STREET
MOBILE AL
              36602

LEGAL