# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213823, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION 16-0625-CG-B |
| KENNETH PETERSON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 7, 2020 (Doc. 171) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the parties' cross-motions for summary judgment are **DENIED**.

**DONE and ORDERED** this 24th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE