# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213823, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 16-0625-CG-B |
| | ) |
| KENNETH PETERSON, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge having advised this Court that the parties settled the above referenced action after the settlement conference held on June 12, 2020, it is **ORDERED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 15th day of June, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE